FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARREN JAY DENNISON, | ) | No. ED CV 04-1335-TJH(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| J. SLADE (Warden), et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 3/10/08

_____
TERRY J. HATTER, JR.
United States District Judge